IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION LLC, ) ) ) ) Plaintiff ) ) v. ) ) REPSLY, INC., ) ) Defendants ) ) | Case No. 17-CV-11706-NMG |

**<u>NOTICE OF APPEARANCE</u>**

Please enter the appearance of Heather B. Repicky of the law firm of Nutter McClennen & Fish LLP, Seaport West, 155 Seaport Boulevard, Boston, MA 02210-2604, as counsel for Defendant Repsly, Inc.

                                            REPSLY, INC.
                                            By its attorneys,

                                            /s/ Heather B. Repicky
                                            Heather B. Repicky *(BBO# 663347)*
                                            hrepicky@nutter.com
                                            Micah W. Miller *(BBO# 676189)*
                                            mmiller@nutter.com
                                            Nutter McClennen & Fish LLP
                                            155 Seaport Blvd.
                                            Boston, MA 02210
                                            617-439-2000

September 27, 2017

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed through the electronic filing system and served electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Heather B. Repicky
Heather B. Repicky

3684549.1