IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION LLC,<br><br>    Plaintiff<br><br>v.<br><br>REPSLY, INC.,<br><br>    Defendant | Case No. 17-CV-11706-NMG |

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), Defendant Repsly, Inc. ("Repsly") moves for a thirty (30) day extension of time to and including November 6, 2017 (the first weekday following 30 days from the current deadline) to answer or otherwise respond to the Complaint. As grounds for this motion, Repsly states as follows:

1. Plaintiff filed the complaint in the above-captioned action on September 8, 2017. The complaint was served on September 14, 2017.

2. The current due date for a response to the complaint is October 5, 2017.

3. Repsly requests an extension of thirty (30) days to enable it to fully address the allegations raised in the complaint or otherwise move under Rule 12.

4. This is Repsly's first request for an extension of time for this purpose.

5. Plaintiff does not oppose this motion.

6.	No scheduling deadlines have yet been entered, and the requested extension will not prejudice either party.

WHEREFORE, Repsly requests that the Court grant this motion and reset the deadline for Repsly to respond to the complaint to November 6, 2017.

September 27, 2017

Respectfully submitted,

REPSLY, INC.
By its attorneys,

/s/ Micah W. Miller
Heather B. Repicky *(BBO# 663347)*
hrepicky@nutter.com
Micah W. Miller *(BBO# 676189)*
mmiller@nutter.com
Nutter McClennen & Fish LLP
155 Seaport Blvd.
Boston, MA 02210
617-439-2000

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for defendant, Micah W. Miller, conferred with counsel for plaintiff, Jean G. Vidal-Font, by telephone on September 25, 2017.  Plaintiff's counsel indicated it did not oppose this motion.

/s/Micah W. Miller
Micah W. Miller

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed through the electronic filing system and served electronically to the registered participants as identified on the Notice of Electronic Filing.

                                    /s/Micah W. Miller_____
                                    Micah W. Miller

3684511.2