## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROTHSCHILD DIGITAL CONFIRMATION LLC** § § § | |
| Plaintiff, § § | CIVIL ACTION NO. 1:17-cv-11706-NMG |
| § | |
| v. § § | |
| **REPSLY, INC.** § § | |
| Defendant. § | |

### NOTICE FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE that,** pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiff Rothschild Digital Confirmation LLC, hereby dismisses all claims by Plaintiff against Defendant Repsly, Inc., in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorney's fees.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by the ECF system in accordance with Local Rules 5.2(b) and 5.4(c), on December 6, 2017.

Dated: December 6, 2017

*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
(Admitted pro hac vice)
USDC-PR No. 215505
etorres@ferraiuoli.com

Jean G. Vidal-Font
(Admitted pro hac vice)
USDC-PR No. 227811
jvidal@ferraiuoli.com

Gustavo A. Chico-Barris
USDC-MA No. 568818
USDC-PR No. 224205
gchico@ferraiuoli.com

***ATTORNEY(S) FOR***
***Rothschild Digital Confirmation LLC***

**Ferraiuoli** LLC
*Looking Forward*

221 Ponce de Leon Avenue
5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

3751946.1